# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERLA M. BLANCO,<br><br>    Plaintiff,<br><br>    vs.<br><br>FCA US LLC; and DOES 1 through 10, inclusive<br><br>    Defendants. | Case No. 2:22-CV-00309-MCE-DB<br><br>District Judge: Morrison C. England, Jr.<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Plaintiff PERLA M. BLANCO ("Plaintiff") accepted FCA US LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 January 30, 2024.

    Accordingly, pursuant to the agreement of the parties, the Clerk of the Court is hereby directed to enter JUDGMENT in favor of Plaintiff in the amount of $122,149.44 pursuant to the terms of the Rule 68 Offer.

///

///

///

///

1

**JUDGMENT**

     The parties' request to continue the filing deadline of Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses to June 23, 2024 and to continue jurisdiction until Plaintiff's attorneys' fees, costs, and expenses are decided (ECF No. 19) is GRANTED.

     IT IS SO ORDERED.

Dated:  May 1, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE