# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERLA BLANCO,<br>          Plaintiff,<br><br>     v.<br><br>FCA US, LLC.; and DOES 1 through 10, inclusive<br><br>          Defendants. | Case No.: 2:22-cv-00309-MCE-DB<br><br>**ORDER GRANTING JOINT STIPULATION FOR ORDER TO CONTINUE PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES AND JURISDICTION** |

On September 23, 2024 both Parties filed a Joint Stipulation to Continue Court's Jurisdiction Over Settlement filed by the parties.

///
///
///
///
///
///
///
///

-1-

The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. The Joint Stipulation is Granted;
2. The Court continues the filing deadline of Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses from August 23, 2024 to October 23, 2024; and
3. The Court retains Jurisdiction over the action until Plaintiff's fees, costs, and expenses are decided and funding satisfied.

IT IS SO ORDERED.

DATED: September 25, 2024

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE