UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERLA M. BLANCO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FCA US, LLC,<br><br>　　　　Defendant. | No. 2:22-cv-00309-DC-SCR<br><br>ORDER GIVING EFFECT TO STIPULATION RESOLVING ATTORNEYS' FEES, COSTS, AND EXPENSES<br><br>(Doc. No. 29) |

　　　　On May 2, 2024, following Plaintiff's acceptance of Defendant's Federal Rule of Civil Procedure 68 offer of judgment, the court directed the Clerk of the Court to enter judgment in favor of Plaintiff and against Defendant in the amount of $122,149.44, plus reasonable attorneys' fees, costs, and expenses. (Doc. No. 20.) At the time, the parties were still negotiating attorneys' fees, costs, and expenses, and they were considering either filing a noticed motion to request that the court determine the attorneys' fees, costs, and expenses or resolving the attorneys' fees, costs, and expenses themselves. (*See* Doc. No. 19.)

　　　　Subsequently, on October 28, 2024, the parties filed a stipulation, agreeing that to resolve attorneys' fees, costs, and expenses, Defendant FCA US, LLC will pay Plaintiff, through Plaintiff's counsel, $12,500.00 by no later than January 27, 2025. (Doc. Nos. 29 at 2; 29-1.)

　　　　Pursuant to the stipulation of the parties and good cause appearing,

　　　　1.　　　Defendant FCA US, LLC shall pay Plaintiff's counsel $12,500.00 in attorneys'

1

fees, costs, and expenses by no later than January 27, 2025; and

2. Within ten (10) days of the payment as ordered, plaintiff shall file dispositional documents in this case.

IT IS SO ORDERED.

Dated: **October 29, 2024**

Dena Coggins
United States District Judge

2